# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH BRIGGS, SR., | No. 4:17-CV-00419 |
| Plaintiff. | (Judge Brann) |
| v. | |
| GLENN DRAKE, II, ANGELA MILFORD, and KENNETH SAULEY, | |
| Defendants. | |

## ORDER

### NOVEMBER 5, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment, ECF No. 22, is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of the remaining Defendants Glenn Drake, II, Angela Milford, and Kenneth Sauley, and to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge